FILED BY KS D.C.

OCT 07 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20509-CR-MARTINEZ/BECERRA

IN RE SEALED INDICTMENT
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Indictment, arrest warrants, and any resulting order be SEALED until the arrest of the first defendant or until further order of this Court, excepting the United States Attorney's Office and Law Enforcement Personnel, which may obtain copies of the Indictment, arrest warrants, or other sealed documents for purposes of arrest, extradition, including extradition from other countries, or any other necessary cause, for the reason that the named defendants may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation could be compromised should knowledge of this Indictment become public.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: _____
KURT K. LUNKENHEIMER
Assistant United States Attorney
District Court No. A5501535
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132
Tel: (305) 961-9008
Email: Kurt.lunkenheimer@usdoj.gov